Patrick J. Gorman (SBN 131138)
WILD, CARTER & TIPTON
246 West Shaw Avenue
Fresno, California 93704
Telephone (559) 224-2131
Fax (559) 229-7295
e-mail: pgorman@wctlaw.com

Attorneys for Defendants Allright Construction, Inc., J.I. Garcia Construction, Inc., ACI-JIG Joint Venture and The Guarantee Company of North America USA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA for the Use and Benefit of KDM ELECTRIC, INC., a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>ALLRIGHT CONSTRUCTION, INC., a California corporation, J.I. GARCIA CONSTRUCTION, INC., a California corporation, and doing business as ACI-JIG JOINT VENTURE; THE GUARANTEE COMPANY OF NORTH AMERICA USA<br><br>Defendants. | Case No.: 1:18-cv-00771-LJO-SAB<br><br>**ORDER RE STAYING ACTION PENDING BINDING ARBITRATION; VACATING AUGUST 28, 2018 SCHEDULING CONFERENCE; AND REQUIRING PARTIES TO FILE A JOINT STATUS REPORT EVERY NINETY DAYS** |

**I.**

**INTRODUCTION**

1. On June 6, 2018, plaintiff KDM Electric, Inc. filed its complaint alleging Breach of Contract, Account Stated, Open Book Account, Reasonable Value and Miller Act Claim on Payment Bond against defendants. (DOC. 1) KDM was a subcontractor to the ACI - JIG Joint Venture on a federal public works project in Yosemite, California. The underlying subcontract agreement between the ACI – JIG Joint Venture and KDM contains an arbitration provision at Section 20, p. 9. (See DOC. 1, Exhibit A.) That provision calls for the submission of any

WILD, CARTER & TIPTON
246 WEST SHAW AVENUE
FRESNO, CALIFORNIA 93704
TELEPHONE (559) 224-2131

dispute between those parties to be submitted to binding arbitration before the American Arbitration Association with the hearing to be conducted in Fresno. Defendant The Guarantee Company of North America USA is the Surety on the Miller Act Payment Bond for the project. The Surety is a defendant on only the Fifth Cause of Action the Miller Act Claim and was not a signatory to the subcontract with the arbitration provision.

## II.

## **STIPULATION**

2. The parties, through their attorneys, stipulate and agree that the claims between KDM and Allright Construction, Inc., J.I. Garcia Construction, Inc. and the ACI – JIG Joint Venture be submitted to binding arbitration pursuant to the provisions contained in the subcontract at section 20, and that this action be stayed in its entirety pending completion of the arbitration. The Court shall retain jurisdiction to enter judgment consistent with the decision of the arbitrator(s).

Dated: July 9, 2018     PORTER LAW GROUP, INC.


 /s/ Brittany Rupley Haefele
Brittany Rupley Haefele
Attorneys for Plaintiff KDM ELECTRIC, INC.


Dated: July 9, 2018     WILD, CARTER & TIPTON


 /s/ Patrick J. Gorman
Patrick J. Gorman
Attorneys for Defendants,
Allright Construction, Inc., J.I. Garcia Construction, Inc., ACI-JIG Joint Venture and The Guarantee Company of North America USA

///

## III.

## ORDER

Accordingly, it is HEREBY ORDERED that this action is stayed in its entirety pending completion of the binding arbitration as noted above. The scheduling conference set for August 28, 2018, is vacated.

IT IS FURTHER ORDERED that the parties shall file a joint status report **every ninety (90) days** to provide the Court with the status of the arbitration.

IT IS SO ORDERED.

Dated: __**July 9, 2018**__

UNITED STATES MAGISTRATE JUDGE