# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KDM ELECTRIC, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ALLRIGHT CONSTRUCTION, et al.,<br><br>Defendants. | Case No. 1:18-cv-00771-LJO-SAB<br><br>ORDER REQUIRING PARTIES TO FILE A STATUS REPORT BY JANUARY 9, 2019<br><br>(ECF No. 8) |

KDM Electric, Inc. ("Plaintiff") filed this action on June 6, 2018, against Allright Construction, Inc., J.I. Garica Construction, Inc., and The Guarantee Company of North America. (ECF No. 1.) On June 7, 2018, at the stipulation of the parties, the matter was stayed for the parties to participate in arbitration. (ECF No. 8.) The parties are required to file a joint status report every 90 days on the status of the arbitration proceedings. (Id.) A status report was filed on October 3, 2018. (ECF No. 3.) More than ninety days have passed and the parties have not filed a status report.

Accordingly, the parties are ordered to file a joint status report on or before **January 9, 2019**.

IT IS SO ORDERED.

Dated: **January 7, 2019**

UNITED STATES MAGISTRATE JUDGE

1